

January 4, 2024

Via ECF

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> REQUEST GRANTED.
> The Court will hold a Substitution of Counsel hearing in this matter on January 10, 2024 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/8/2024   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

   Re: USA vs Jordan Townsend
      Indictment 20-cr-293

Dear Judge Liman:

  I was appointed to represent Jordan Townsend on the above referenced indictment on August 4, 2023. On two separate dates in December 2023 Mr. Townsend refused to meet with me at the MDC Brooklyn for legal visits. I met with him today, January 4, 2024. During a brief meeting he advised me that he wanted new counsel and did not discuss his case with me.

  Based upon the foregoing I respectfully request that Your Honor conduct a hearing with Mr. Townsend to determine if new counsel should be assigned.

         Respectfully yours,

         */s/Thomas Ambrosio*
         Thomas Ambrosio

cc: Jordan Townsend (via regular mail)

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com