

40 Exchange Place, 18th Floor
New York, New York 10005
646-741-0229

**maxnicholasllc.com**

REQUEST GRANTED.
The deadlines for pretrial motions are extended as proposed.  Defendant's pretrial motions are due by May 17, 2024. Government opposition brief due by June 13, 2024.

4/18/2024   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 18, 2024

**BY ECF**

Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**United States v. Jordan Townsend, 20 Cr. 293 (LJL)**</u>

Dear Judge Liman:

    I respectfully write to request that the deadline for defendant Jordan Townsend to file pretrial motions in this case, which is currently May 3, 2024, be extended for two weeks, to May 17, 2024 (and that the deadline for the Government to file an opposition brief be extended two weeks as well, from May 31 to June 13).  The purpose of this request is to provide additional time for the parties to focus on negotiating a potential pretrial resolution.  The parties have been working hard and in good faith to reach such a resolution and believe those discussions will be concluded in the next several weeks.  The parties would benefit from the additional time to focus on this effort.

    I have conferred with the Government about this request, and the Government consents.

Respectfully submitted,

/s/ *Max Nicholas*

_____
Max Nicholas LLC
40 Exchange Place
Suite 1800
New York, NY 10005
646-741-0229
max@maxnicholasllc.com